02-13-018-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00018-CV

 

 


 
 
 Steve
 McDaniel and Ginger McDaniel
  
 v.
  
 Larry
 Miller, as judge of the Municipal Court; Sherrill Johnson, as Court
 Administrator; and Matthew C.G. Boyle, as Town Attorney for the Municipal
 Court of the Town of Argyle, Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
  
 §
  
 
 
 From the 16th District Court
  
  
  
 of
 Denton County (2012-10603-16)
  
  
  
 March
 21, 2013
  
  
  
 Per
 Curiam
 
 


 

 

JUDGMENT

 

          This
court has considered the record on appeal in this case and holds that the appeal
should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 

 

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00018-CV

 

 


 
 
 Steve McDaniel and Ginger McDaniel
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Larry Miller, as judge of the Municipal Court;
 Sherrill Johnson, as Court Administrator; and Matthew C.G. Boyle, as Town Attorney
 for the Municipal Court of the Town of Argyle, Texas
 
 
  
 
 
 APPELLEES
 
 


 

 

----------

FROM THE 16th
District Court OF Denton COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellants
Steve McDaniel and Ginger McDaniel attempt to appeal from an order granting a
plea to the jurisdiction.  The trial court granted the plea on September 27,
2012, and Appellants filed a motion to reinstate on October 30, 2012;
Appellants’ notice of appeal was therefore due December 26, 2012, but was
not filed until January 11, 2013.[2]  See Tex. R. App.
P. 26.1(a)(3).  We notified Appellants of our concern that we lack jurisdiction
over this appeal because the notice of appeal was not timely filed, and we
informed them that the appeal would be dismissed unless they, or any party desiring
to continue the appeal, filed with the court, on or before February 8,
2013, a response showing grounds for continuing the appeal.  We have not
received a response.  Therefore, we dismiss this appeal for want of
jurisdiction.  See Tex. R. App. P. 42.3(a), 43.2(f).

 

 

PER CURIAM

 

PANEL: 
MEIER, J.; LIVINGSTON,
C.J.; and GABRIEL, J.

 

DELIVERED:  March 21, 2013









[1]See Tex. R. App. P. 47.4.





[2]Appellants appear to have
complied with rule of civil procedure 5 in filing their motion to reinstate.  See
Tex. R. Civ. P. 5.